HONORABLE EDWARD F. SHEA

Rocco N. Treppiedi
Assistant City Attorney
OFFICE OF THE CITY ATTORNEY
808 W. Spokane Falls Blvd.
SPOKANE, WA  99201-3326
Telephone: (509)625-6225
Fax:(509)625-6277

Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY M. HARVEY, a married person, | NO. CV-12-104-EFS |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ AGREED PROTECTIVE ORDER |
| CITY OF SPOKANE, a municipal corporation in and for the State of Washington; and ANNE KIRKPATRICK, a single person, | |
| Defendants. | |

This matter having come before the Court on the stipulation of plaintiff and defendants for a protective order relating to matters of discovery in the above case, and the Court being fully advised, now, therefore,

IT IS HEREBY ORDERED that from the date of this Order all parties and attorneys shall abide by the following conditions relating to documents between the parties in this case:

AGREED PROTECTIVE ORDER - 1

A.   The term "confidential material" as used herein, shall mean the following listed material, and shall include that portion of any responses to Interrogatories of the parties, Requests for Production by the parties, depositions of the parties, their agents, employees, and retained expert witnesses and consultants, and depositions of any witness that relate to said items:

(1)   The Spokane Police Department's Internal Affairs file that relates to an investigation of Spokane Police Officers' conduct during an event or events that relate to factual allegations made by the plaintiff in his complaint for damages; and

(2)   Personnel files of plaintiff and defendant's employees ( to include all employment records held by the City of Spokane regardless of designation and storage location, e.g. pre-employment records, PAR/evaluations, shift files, supervisor notebooks, training records, Internal Affairs records, use of force logs, etc.); and

(3)   Medical records including psychotherapy notes not normally included in the patient's official record and pre-employment/employment related physical and/or mental evaluations of Plaintiff; and

(4)   Any other record subsequently identified as "confidential material" by the court.

AGREED PROTECTIVE ORDER - 2

OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

B.      Confidential material shall hereafter be used solely by the parties for the purpose of conducting this litigation and not for any other purpose without order of the Court or written consent of the parties or their counsel.

C.      For purpose of conducting this litigation, confidential material may be used by and disclosed only to the following persons:

(1)     Counsel of record for any party, and the City of Spokane City Attorney's Office, and any paralegal, clerical, law clerks, legal interns and secretarial employees of said counsel, who are working directly on this matter;

(2)     The parties and their representatives;

(3)     Any expert witness and/or consultant, who is expressly retained by any attorney or party described in paragraphs (1) and (2) above, to assist in the preparation of this action for trial, whether or not their testimony is to be used at trial;

(4)     Any person who is an author, addressee, or recipient of, or who previously had access to, the Confidential material; and

(5)     The Court.

D.      Any person who makes disclosure of confidential material under paragraph C of this Order shall advise each person to whom disclosure is made concerning the terms of this Protective Order.

E.      The persons described in subparagraphs (1) through (5) of

AGREED PROTECTIVE ORDER - 3

OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

Paragraph C above are enjoined from disclosing confidential materials or the substance thereof to any other person except in conformance with this Order and the laws relating to public disclosure.

F.    All Confidential documents produced via discovery shall bear the legend "Confidential" in addition to an appropriate Bates-stamp designation indicating the source of the document.  If any document is produced non-confidential rather than Confidential, the producing party may designate such document as Confidential by sending a letter to counsel for each party within twenty (20) days of production identifying the document or documents to be designated as Confidential.  Thereafter, it shall be the obligation of each party in possession of such documents to take appropriate measures to ensure that such documents are treated as Confidential.

G.    Neither this Stipulation nor anything contained herein shall prevent or prejudice the right of any party to apply to the Court for an Order striking the designation of confidentiality and removing documents, writings or information from the restrictions contained in this Order.  Any party may apply to the Court for an Order modifying this Order or imposing additional restrictions upon the use of confidential material.

H.    Subject to further order of the Court, any confidential material submitted or presented to or filed with the Court shall be filed in a sealed

AGREED PROTECTIVE ORDER - 4

OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

envelope or other sealed container marked "Confidential" subject to Protective Order, and with the name of the producing party, a statement that said documents are sealed pursuant to this Order and that it is not to be opened or the contents displayed or revealed except in conformity with further order of the Court.

I.     Use during trial of any confidential material or information covered by this Order shall be determined by the Judge assigned to preside over trial in this case and pretrial matters.

J.     At the conclusion of this matter all copies of any confidential materials produced by the plaintiffs shall be returned to the plaintiffs' attorney and all copies of any materials produced by the defendants shall be returned to the attorneys for the defendant.

K.     Any disclosure beyond the above limitations shall require a written agreement between the parties or their counsel, or in the event of no agreement, further Order of the Court as described in Paragraph G.

L.     Violation of the terms of the Order may be deemed contempt of court.  Penalty for said contempt may include but not be limited to financial terms, exclusion from evidence of the confidential material that was disclosed in violation of the order, and the dismissal with prejudice of the offending party's cause of action or defense, and/or any other term deemed appropriate

AGREED PROTECTIVE ORDER - 5

OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277

by the Court.

DATED this _10th_ day of _April_, 2012.

_Edward F. Shea_
EDWARD F. SHEA
UNITED STATES DISTRICT JUDGE

Agreed to and presented by:

s/Rocco N. Treppiedi
Rocco N. Treppiedi, WSBA #9137
Assistant City Attorney
Attorney for Defendant
Office of the City Attorney
808 W. Spokane Falls Blvd.
Spokane, WA  99201-3326
Telephone:  (509) 625-6225
Fax:  (509) 625-6277
Email: rtreppiedi@spokanecity.org
Attorney for City of Spokane

Agreed to:

s/Susan C. Nelson
Susan C. Nelson, WSBA #35637
s/Robert A. Dunn
Robert A. Dunn, WSBA #12089
Dunn & Black
Banner Bank Building
111 North Post, Suite 300
Spokane, WA  99201
Attorneys for Plaintiff
bdunn@dunnandblack.com
snelson@dunnandblack.com
Phone: (509) 455-8711
Fax: (509) 455-8734
Attorneys for Plaintiff

AGREED PROTECTIVE ORDER - 6

OFFICE OF THE CITY ATTORNEY
5th Floor Municipal Building
Spokane, WA  99201-3326
(509) 625-6225
FAX (509) 625-6277